IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Eiserman, Carol

Printed: 01/22/09

Case Number: 06 B 07742
Judge: Hollis, Pamela S
Filed: 6/30/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion:  November 20, 2008
Confirmed: October 23, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 13,767.18 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 1,329.52 |
| Priority: |  | 8,422.95 |
| Administrative: |  | 2,114.00 |
| Trustee Fee: |  | 667.57 |
| Other Funds: |  | 1,233.14 |
| Totals: | 13,767.18 | 13,767.18 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Cossidente Salus & Toolis, LTD | Administrative | 2,114.00 | 2,114.00 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | Citi Residential Lending Inc | Secured | 16,343.79 | 0.00 |
| 4. | Internal Revenue Service | Priority | 8,422.95 | 8,422.95 |
| 5. | Internal Revenue Service | Unsecured | 8.33 | 0.00 |
| 6. | Nordstrom | Unsecured | 715.90 | 175.78 |
| 7. | Mitsubishi Motors Credit Of America | Unsecured | 1,160.73 | 285.00 |
| 8. | Kohl's/Kohl's Dept Stores | Unsecured | 254.53 | 49.41 |
| 9. | Tri State Bricks | Unsecured | 323.72 | 80.08 |
| 10. | B-Line LLC | Unsecured | 1,193.69 | 293.09 |
| 11. | Wells Fargo Financial Illinois Inc | Unsecured | 77.83 | 15.11 |
| 12. | ECast Settlement Corp | Unsecured | 1,755.64 | 431.05 |
| 13. | Federated Retail Holdings Inc | Unsecured | 10.93 | 0.00 |
| 14. | CitiFinancial | Secured | | No Claim Filed |
| 15. | Mmca/C1 | Secured | | No Claim Filed |
| 16. | Cook County Treasurer | Priority | | No Claim Filed |
| 17. | Bracing Systems | Unsecured | | No Claim Filed |
| 18. | Marshall Field & Company | Unsecured | | No Claim Filed |
| 19. | Mmca/C1 | Unsecured | | No Claim Filed |
| 20. | George And Barbara Amadio | Unsecured | | No Claim Filed |
| | | | $ 32,382.04 | $ 11,866.47 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Eiserman, Carol

Printed: 01/22/09

Case Number:  06 B 07742
Judge:  Hollis, Pamela S
Filed:  6/30/06

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 196.19 |
| 5.4% | 379.40 |
| 6.5% | 119.62 |
| 6.6% | (27.64) |
|  | $ 667.57 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

